**Fill in this information to identify the case:**

Debtor 1: Frank D. Carpenter, III

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 16-25068

Official Form 410S1

# Notice of Mortgage Payment Change                                                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

Court claim no. (if known): 4-1

Last 4 digits of any number you use to identify the debtor's account: 0 5 8 4

Date of payment change:
Must be at least 21 days after date of this notice: 05/25/2021

New total payment: $ 2,534.72
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 3.000 %     New interest rate: 3.550 %

   Current principal and interest payment: $ 1,466.82     New principal and interest payment: $ 1,550.47

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  **Frank D. Carpenter**
       First Name     Middle Name     Last Name

Case number *(if known)* **16-25068**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ☐ I am the creditor.
- ☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ **/s/ Molly Slutsky Simons**
Signature

Date **04/26/2021**

Print: **Molly Slutsky Simons**
    First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
    Number    Street

**Loveland**  **OH**  **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**

# Urban Partnership Bank

August 1, 2012

Frank D. Carpenter
Linda Carpenter
5 East Morningside Dr.
South Holland Illinois 60473

Product: Urban Partnership Bank Home Modification

Loan Number ▮
Property Address: 5 East Morningside Dr. South Holland IL, 60473

This letter ("Agreement") will confirm your agreement to modify your Note and your Security Instrument as follows. Capitalized terms used herein have the meaning given them in the Note or the Security Instrument.

1. This Agreement is not binding on Note Holder; unless and until Note Holder, or servicing agent, verifies that you qualify for this modification offer. You will promptly provide the Bank acceptable information to permit verification of your income, and make the payments shown in the payment schedule in paragraph 5 of this Agreement while The Bank verifies your information. If you qualify, the Bank will sign and return this Agreement to you, and it will be effective on the date it is signed by the Bank. If you do not make all payments when due while we verify that you qualify, or if you do not qualify, your Note will not be modified. The Bank will apply any payments you made to the amounts you owe.

2. The unpaid principal balance of your Note as of the date of this Agreement, before modification, is **Two Hundred and Eighty Five Thousand Five Hundred Eighty Two 69/100 Dollars ($285,582.69).**

3. The Note and the Security Instrument are modified to increase the principal balance of the Note by the amounts of your arrears on the Note of **$285,582.69**, including past due interest in the amount of **$23,768.81**, past due Escrow Items totaling **$23,812.17** and servicing costs totaling **$0.00**. The new principal amount of the Note is **$333,163.67**. All unpaid late charges have been waived. There are no fees or other charges assessed for the modification.

4. The interest rate and monthly payment on your Note is modified as follows:

| Year | New Interest Rate | Interest Rate Change Date | New Monthly Principal & Interest Payment Amount | Estimated Monthly Escrow Payment Amount | New Monthly Payments Begin On | Number of Payments |
|---|---|---|---|---|---|---|
| 1 | 3.00% | August 1, 2012 | $1,466.82 | $1,195.33 | September 1, 2012 | 60 |
| 6 | 3.55% | August 1, 2017 | $1,550.47 | $1,195.33 | September 1, 2017 | 276 |

1

5. Your monthly payment stated in your Note will change effective with the payment due on **September 1, 2012** (i.e., one month after the effective date of the reduction of your interest rate, as set forth in paragraph 4 above). This monthly payment will consist of principal and interest, and will continue until the Maturity Date. This monthly payment will change as shown in paragraph 5 above.

6. The Note Holder will send you notice of these changes.

7. **Loan Mature Date is August 1, 2040.**

8. The monthly payments for principal and interest, stated above, do not include required payments for taxes and insurance, which may be substantial. Your monthly requirements for taxes and insurance will change periodically during the term of your mortgage.

9. Your Security Instrument will continue to secure payment and performance of the Note, as amended by this Agreement.

10. Except as modified by this Agreement, all terms and provisions of the Note, any Riders, and the Security Instrument remain in full force and effect.

11. The Note and Security Instrument are duly valid, binding agreements, enforceable in accordance with their terms, and are hereby reaffirmed.

By _____
Authorized Officer

I/We agree to the modification of my/our Loan as described above.

Borrower _____

Date: 11-7-12

Borrower _____

Date: 11-8-12.

2

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-25068 |
| Frank D. Carpenter, III | Chapter 13 |
| Debtor | Hon. Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 26, 2021, before the hour of 5:00 p.m.

Thomas N. Auwers, Debtor's Counsel
tauwers@hellerrichmond.com

Michael R Richmand, Debtor's Counsel
Mrichmond@hellerrichmond.com

M.O. Marshall, Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Frank D. Carpenter, III, Debtor
5 E Morningside Dr.
South Holland, IL 60473

Dated: April 26, 2021

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor