**Fill in this information to identify the case:**

Debtor 1         Frank D. Carpenter, III

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number   16-25068

---

Official Form 410S1

# Notice of Mortgage Payment Change       12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account:  0 8 5 4

**Date of payment change:**
Must be at least 21 days after date of this notice    07/25/2021

**New total payment:**   $  2,559.37
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 984.25       New escrow payment:   $ 1,008.90

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*

      Reason for change: _____

      Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1 __Frank D. Carpenter, III__   Case number (if known) __16-25068__
First Name   Middle Name   Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons    Date 06/21/2021
Signature

Print: Molly Slutsky Simons    Title Attorney for Creditor
First Name   Middle Name   Last Name

Company: Sottile & Barile, Attorneys at Law

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland         OH    45140
City             State  ZIP Code

Contact phone 513-444-4100    Email bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

FRANK CARPENTER
5 E MORNINGSIDE DR
SOUTH HOLLAND IL  60473

Analysis Date: May 20, 2021                                                                                                                    Final
Property Address: 5 EAST MORNINGSIDE DRIVE  CHICAGO, IL 60473                                                             Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from Dec 2020 to June 2021. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jul 25, 2021: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 1,550.47 | 1,550.47 ** | | Due Date: | Apr 25, 2021 |
| Escrow Payment: | 984.25 | 1,008.90 | | Escrow Balance: | 9,025.71 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 2,952.75 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $11,978.46 |
| Total Payment: | $2,534.72 | $2,559.37 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 14,565.23 |
| Dec 2020 | | 984.25 | | * | | 0.00 | 15,549.48 |
| Dec 2020 | | 984.25 | | * | | 0.00 | 16,533.73 |
| Jan 2021 | | 984.25 | | * | | 0.00 | 17,517.98 |
| Feb 2021 | | | | 6,576.05 * | County Tax | 0.00 | 10,941.93 |
| Mar 2021 | | 984.25 | | * | | 0.00 | 11,926.18 |
| Mar 2021 | | 984.25 | | * | | 0.00 | 12,910.43 |
| Mar 2021 | | | | 4,868.97 * | Escrow Disbursement | 0.00 | 8,041.46 |
| Apr 2021 | | 984.25 | | * | | 0.00 | 9,025.71 |
| | | | | | Anticipated Transactions | 0.00 | 9,025.71 |
| May 2021 | | 1,968.50 | | | | | 10,994.21 |
| Jun 2021 | | 984.25 | | | | | 11,978.46 |
| | $0.00 | $8,858.25 | $0.00 | $11,445.02 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue. Your actual lowest monthly balance was greater than $0.00. The items with an asterisk on your Account History may explain this. If you want a further explanation, please call our toll-free number.

Page 1

**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

Analysis Date: May 20, 2021    Final
Borrower: FRANK CARPENTER    Loan:

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 11,978.46 | 4,521.83 |
| Jul 2021 | 1,008.90 |  |  | 12,987.36 | 5,530.73 |
| Aug 2021 | 1,008.90 | 5,530.73 | County Tax | 8,465.53 | 1,008.90 |
| Sep 2021 | 1,008.90 |  |  | 9,474.43 | 2,017.80 |
| Oct 2021 | 1,008.90 |  |  | 10,483.33 | 3,026.70 |
| Nov 2021 | 1,008.90 |  |  | 11,492.23 | 4,035.60 |
| Dec 2021 | 1,008.90 |  |  | 12,501.13 | 5,044.50 |
| Jan 2022 | 1,008.90 |  |  | 13,510.03 | 6,053.40 |
| Feb 2022 | 1,008.90 |  |  | 14,518.93 | 7,062.30 |
| Mar 2022 | 1,008.90 | 6,576.05 | County Tax | 8,951.78 | 1,495.15 |
| Apr 2022 | 1,008.90 |  |  | 9,960.68 | 2,504.05 |
| May 2022 | 1,008.90 |  |  | 10,969.58 | 3,512.95 |
| Jun 2022 | 1,008.90 |  |  | 11,978.48 | 4,521.85 |
|  | $12,106.80 | $12,106.78 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $1,008.90. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $2,017.80 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $11,978.46. Your starting balance (escrow balance required) according to this analysis should be $4,521.83. This means you have a surplus of $7,456.63. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be $12,106.78. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: May 20, 2021  
Borrower: FRANK CARPENTER  
Final  
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 1,008.90 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,008.90 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-25068 |
| Frank D. Carpenter, III | Chapter 13 |
| Debtor. | Hon. Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on June 21, 2021, before the hour of 5:00 p.m.

Thomas N. Auwers, Debtor's Counsel
tauwers@hellerrichmond.com

Michael R. Richmond, Debtor's Counsel
mrichmond@hellerrichmond.com

M.O. Marshall, Trustee
ecf@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Frank D. Carpenter, III, Debtor
5 E. Morningside Dr.
South Holland, IL 60473

Dated: June 21, 2021                    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor