**Fill in this information to identify the case:**

Debtor 1: Frank D. Carpenter, III

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 16-25068

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 0 8 5 4

**Date of payment change:** Must be at least 21 days after date of this notice: 02/25/2022

**New total payment:** Principal, interest, and escrow, if any   $ 2,568.56

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,008.90     New escrow payment: $ 1,018.09

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %       New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1              Notice of Mortgage Payment Change              page 1

Debtor 1  **Frank D. Carpenter, III**   Case number (if known) 16-25068
First Name   Middle Name   Last Name

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Molly Slutsky Simons    Date  01/13/2022
Signature

Print:  **Molly Slutsky Simons**    Title  Attorney for Creditor
First Name   Middle Name   Last Name

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number   Street

Loveland    OH   45140
City    State   ZIP Code

Contact phone  513-444-4100    Email  bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

FRANK CARPENTER
5 E MORNINGSIDE DR
SOUTH HOLLAND IL  60473

Analysis Date: December 21, 2021                                                                                                 Final
Property Address: 5 EAST MORNINGSIDE DRIVE  CHICAGO, IL 60473                                                        Loan:

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from July 2021 to Jan 2022.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 25, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 1,550.47 | 1,550.47 ** |
| Escrow Payment: | 1,008.90 | 1,018.09 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $2,559.37 | $2,568.56 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jan 25, 2022 |
| Escrow Balance: | 12,390.88 |
| Anticipated Pmts to Escrow: | 1,008.90 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $13,399.78 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 4,521.83 | 11,978.46 |
| Jul 2021 | 1,008.90 | 1,008.90 | | | | 5,530.73 | 12,987.36 |
| Aug 2021 | 1,008.90 | 1,008.90 | 5,530.73 | | * County Tax | 1,008.90 | 13,996.26 |
| Sep 2021 | 1,008.90 | 1,008.90 | | | | 2,017.80 | 15,005.16 |
| Sep 2021 | | | | 5,640.98 | * County Tax | 2,017.80 | 9,364.18 |
| Oct 2021 | 1,008.90 | 1,008.90 | | | | 3,026.70 | 10,373.08 |
| Nov 2021 | 1,008.90 | 1,008.90 | | | | 4,035.60 | 11,381.98 |
| Dec 2021 | 1,008.90 | 1,008.90 | | | | 5,044.50 | 12,390.88 |
| Jan 2022 | 1,008.90 | | | | * | 6,053.40 | 12,390.88 |
| | | | | | Anticipated Transactions | 6,053.40 | 12,390.88 |
| Jan 2022 | | 1,008.90 | | | | | 13,399.78 |
| | $7,062.30 | $7,062.30 | $5,530.73 | $5,640.98 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 5,530.73.  Under Federal law, your lowest monthly balance should not have exceeded 2,017.80 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.  Your actual lowest monthly balance was greater than 1,008.90.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.

Analysis Date: December 21, 2021  
Borrower: FRANK CARPENTER  
Final  
Loan:

## Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 13,399.78 | 6,108.49 |
| Feb 2022 | 1,018.09 | | | 14,417.87 | 7,126.58 |
| Mar 2022 | 1,018.09 | 6,576.05 | County Tax | 8,859.91 | 1,568.62 |
| Apr 2022 | 1,018.09 | | | 9,878.00 | 2,586.71 |
| May 2022 | 1,018.09 | | | 10,896.09 | 3,604.80 |
| Jun 2022 | 1,018.09 | | | 11,914.18 | 4,622.89 |
| Jul 2022 | 1,018.09 | | | 12,932.27 | 5,640.98 |
| Aug 2022 | 1,018.09 | 5,640.98 | County Tax | 8,309.38 | 1,018.09 |
| Sep 2022 | 1,018.09 | | | 9,327.47 | 2,036.18 |
| Oct 2022 | 1,018.09 | | | 10,345.56 | 3,054.27 |
| Nov 2022 | 1,018.09 | | | 11,363.65 | 4,072.36 |
| Dec 2022 | 1,018.09 | | | 12,381.74 | 5,090.45 |
| Jan 2023 | 1,018.09 | | | 13,399.83 | 6,108.54 |
| | $12,217.08 | $12,217.03 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 1,018.09. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 2,036.17 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 13,399.78. Your starting balance (escrow balance required) according to this analysis should be $6,108.49. This means you have a surplus of 7,291.29. This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. We are sending you a check for the surplus.

We anticipate the total of your coming year bills to be 12,217.03. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: December 21, 2021  
Borrower: FRANK CARPENTER

Case 16-25068    Doc    Filed 01/13/22    Entered 01/13/22 13:42:02    Desc Main
Document    Page 5 of 6

Final

Loan: ▮

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 1,018.09 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $1,018.09 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 16-25068 |
| Frank D. Carpenter, III | Chapter 13 |
| Debtor. | Hon. Judge Donald R. Cassling |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on January 13, 2022, before the hour of 5:00 p.m.

Thomas N. Auwers, Debtor's Counsel
tauwers@hellerrichmond.com

Michael R. Richmond, Debtor's Counsel
mrichmond@hellerrichmond.com

Thomas H. Hooper, Trustee
Thomas.h.hooper@55chapter13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Frank D. Carpenter, III, Debtor
5 E. Morningside Dr.
South Holland, IL 60473-1181

Dated: January 13, 2022                          Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor